# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY McCORVEY, | CASE NO. 1:05-CV-01534-AWI-SMS-P |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE |
| v. | (Doc. 1) |
| ROBERT H. OLIVER, et al., | |
| Defendants. | |

On December 1, 2005, Plaintiff Larry McCorvey, an inmate housed at the Fresno County Jail, filed a complaint pursuant to 42 U.S.C. § 1983. On December 8, 2005, Plaintiff filed an amended complaint. Plaintiff's suit stems from the resolution of his criminal case and the sentencing conditions he seeks to have imposed.

Plaintiff has not set forth any facts that give rise to a claim for relief under 42 U.S.C. § 1983. In addition, any suit brought by plaintiff under section 1983 relating to his conviction or sentence is barred until such time as plaintiff's "conviction or sentence has been reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal authorized to make such determination, or called into question by a federal court's issuance of a writ of habeas corpus, 28 U.S.C. § 2254." Heck v. Humphrey, 512 U.S. 477, 487-88 (1994). "A claim . . . bearing that relationship to a conviction or sentence that has not been so invalidated is not cognizable under § 1983." Id. at 488.

In addition, federal habeas corpus relief pursuant to 28 U.S.C. § 2254 is also not available. A petition for writ of habeas corpus shall not be granted unless the petitioner has "exhausted the

1 | remedies available in the courts of the State." 28 U.S.C. § 2254(b)(1).  Here, there is no indication
2 | Plaintiff has addressed his claims to the California state courts.
3 |      Accordingly, this action is DISMISSED, with prejudice, for failure to state a claim upon
4 | which relief may be granted.

IT IS SO ORDERED.

Dated:    **December 19, 2005**             **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE